**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00597-REB-CBS

LAWRENCE L. MORROW,

      Plaintiff,

v.

ARGENT MORTGAGE SECURITIES, INC., and any and all other parties claiming an
interest under the defendants, and
BOULDER COUNTY PUBLIC TRUSTEE,

      Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the **Order and Recommendation of United
States Magistrate Judge** [#13], filed August 9, 2006.  The magistrate judge ordered
plaintiff to show cause on or before September 8, 2006, why his claims against the
Boulder County Public Trustee should not be dismissed without prejudice for failure to
effect timely service and failure to prosecute.  As of the date of the instant order,
plaintiff has filed no response to the show cause order.  I concur with the magistrate
judge's recommendation that such failure should precipitate a dismissal without
prejudice of plaintiff's claims against the Boulder County Public Trustee.

      The magistrate judge has recommended also that plaintiff's claims against
defendant Argent Mortgage Securities, Inc., be dismissed for failure to state a claim
under Rule 12(b)(6).  No objections having been filed to the recommendation, I review it

only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That recommended disposition of this action set forth in the **Order and Recommendation of United States Magistrate Judge** [#13], filed August 9, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant Argent Mortgage Securities, Inc.'s **Motion to Dismiss** [#4], filed May 1, 2006, is **GRANTED**;

3. That plaintiff's claims against defendant Argent Mortgage Securities, Inc., are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted;

4.  That judgment **SHALL ENTER** on behalf of defendant, Argent Mortgage Securities, Inc., and against plaintiff, Lawrence L. Morrow, as to all claims and causes of action asserted in this lawsuit;

5.  That defendant, Argent Mortgage Securities, Inc., is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to **FED.R.CIV.P.** 54(d)(1) and **D.C.COLO.LCivR** 54.1;

6.  That plaintiff's claims against defendant, the Boulder County Public Trustee,

---

[1]  This standard pertains even though plaintiff filed his request to rescind the settlement agreement while putatively acting *pro se*.  *Morales-Fernandez*, 418 F.3d at 1122.

are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process and failure to prosecute;

7.  That defendant, Argent Mortgage Securities, Inc.'s **Motion for Entry of Judgment** [#8], filed June 29, 2006, is **DENIED AS MOOT**; and

8.  That defendant, Argent Mortgage Securities, Inc.'s **Motion for Forthwith Order of Dismissal** [#11], filed June 29, 2006, is **DENIED AS MOOT**.

Dated September 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**